# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-3062**                    **September Term, 2023**

**1:21-cr-00034-CRC-1**

**Filed On:** May 28, 2024

United States of America,

        Appellee

      v.

Thomas Robertson,

        Appellant


**BEFORE:**    Henderson, Pillard, and Pan, Circuit Judges

## O R D E R

Upon consideration of appellant's unopposed motion to remand case to the district court for resentencing in light of this Court's recent decision in United States v. Brock, 94 F.4th 39 (D.C. Cir. 2024), it is, on the court's own motion,

**ORDERED** that this case be removed from abeyance and returned to the court's active docket. It is

**FURTHER ORDERED** that the opinion filed October 20, 2023, be amended as set forth in the opinion issued this date. It is

**FURTHER ORDERED** that the judgment filed October 20, 2023, be vacated, and an amended judgment be entered affirming the conviction, vacating the sentence, and remanding the case to the district court for resentencing in accordance with the amended opinion of the court filed this date. It is

**FURTHER ORDERED** that appellant's petition for panel rehearing filed November 22, 2023, be dismissed as moot.

The Clerk is directed to issue the amended opinion and amended judgment. The Clerk is further directed to issue the mandate forthwith.


**Per Curiam**


                **FOR THE COURT:**
                Mark J. Langer, Clerk

      BY:    /s/
                Daniel J. Reidy
                Deputy Clerk